## (October 26, 1937.)

In the Matter of GREEN BUS LINES, INC., Petition of MAX TURNER, Pursuant to Section 25 of the General Corporation Law, to Review the Election of Twenty-one (21) Directors of Said Corporation Claimed to Have Been Chosen at a Meeting of the GREEN BUS LINES, INC., Held on June 19th, 1937. MAX TURNER, Appellant; RICHARD R. COUGHLIN and GREEN BUS LINES, INC., Respondents.— Order granting motion for a change of venue to Kings county unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, and the order denying petitioner's motion in so far as it may be construed as dismissing the proceeding, reversed and the matter remitted to Special Term for a hearing upon the merits pursuant to law. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (October 27, 1937.)

In the Matter of the Application of B. F. LERCH, Appellant, against S. HOWARD COHEN and Others, etc., Constituting the Board of Elections in the City of New York, Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of GEORGE L. GENUNG and WILLIAM C. WILSON, Appellants, against S. HOWARD COHEN and Others, etc., Constituting the Board of Elections in the City of New York, etc., Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN J. BRENNAN, Individually and as Treasurer of the Building and Construction Trades Council of Greater New York, Long Island and Vicinity, etc., and Others, Appellants, against JEREMIAH T. MAHONEY and Others, Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of EUGENE P. CONNOLLY, Appellant, to Direct the BOARD OF ELECTIONS OF THE CITY OF NEW YORK to Reject the Papers Filed with Them Purporting to Nominate MACNEIL MITCHELL as Candidate for the Tenth Assembly District, New York County, etc., Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of HARRY W. LAIDLER and Others, Appellants, for an Order Directing the BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondent, to Accept for Filing Certain Certificates of Substitution, Nominating ISIDORE NAGLER and Others as Candidates of the Socialist Party for Public Offices, etc.— Order unanimously reversed and the motion granted on the ground that the certificates of substitution were regular on their face and appear to be in compliance with the statute. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See post, p. 747.]